IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM S. NESBITT,

        Plaintiff,

        v.

SHERIFF NICK HUNTER, et al.,

        Defendants.

Case No. 6:23-cv-01633-JR

ORDER TO DISMISS

SIMON, Judge

    Plaintiff, an adult in custody at the Snake River Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action challenging the conditions of his previous confinement at the Marion County Jail. Magistrate Judge Jolie A. Russo issued an Order to Amend (ECF No. 7) finding that plaintiff's Complaint failed to state a claim upon which relief may be granted under § 1983, advising plaintiff of the deficiencies of his Complaint, and requiring him to file an Amended Complaint curing those deficiencies or face dismissal of this case. Currently before the Court is plaintiff's Amended Complaint (ECF No. 8).

    Plaintiff's Amended Complaint does not cure the deficiencies noted in Judge Russo's Order to Amend. Specifically, plaintiff fails to allege which individual defendants were personally involved in the alleged violation of his rights, and the facts underlying plaintiff's claim fall outside the two-year statute of limitations. Accordingly, IT IS ORDERED that this action is DISMISSED.

    DATED this __12th__ day of March, 2024.

                                          Michael H. Simon
                                          United States District Judge

1 – ORDER TO DISMISS